**IN THE UNITED STATES BANKRUPTCY COURT**
Eastern District of Virginia
Richmond Division

In re: Brenda D. Lee                                     Case No. 17-33176-KLP
Debtor                                                              Chapter 13

## ORDER SUSTAINING DEBTOR'S OMNIBUS OBJECTION TO CLAIMS

Upon Debtor's Omnibus Objection to claims numbers 8-1, 9-1, 10-1, 11-1, and 12-1, all as originally filed by LVNV Funding, LLC ("LVNV"); and

Upon Debtor's denial that any liability to LVNV is enforceable because Va. Code § 8.01-246(2) bars recovery against her, and

Upon LVNV's failure to file timely Responses to the Objection to Claims within the time period required by Local Bankruptcy Rule Number 9013-1(H)(3)(d); it is hereby

ORDERED that Debtor's Omnibus Objection to claims 8-1, 9-1, 10-1, 11-1, and 12-1, are SUSTAINED; and it is further

ORDERED that LVNV's claims are DISALLOWED, and accordingly, the Chapter 13 trustee is relieved from making any disbursements on Claims No. 8-1, 9-1, 10-1, 11-1, and 12-1.

It is further ORDERED that the Clerk shall mail copies of this Order, once entered, to all parties on the attached service list.

Date: Aug 24 2018                               /s/ Keith L. Phillips
                                                            United States Bankruptcy Judge

Entered on Docket: Aug 27 2018

Kathryne Mary Rose Shaw (VSB#89561)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA  23230-1588
Telephone (804) 358-9900
Counsel for Debtor

I ask for this:

/s/ Kathryne Mary Rose Shaw
Kathryne Mary Rose Shaw (VSB#89561)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA  23230-1588
Telephone (804) 358-9900
Counsel for Debtor

SEEN:

/s/ Kathryne Mary Rose Shaw for Suzanne E. Wade with permission via email
Suzanne E. Wade, Chapter 13 Trustee

## **CERTIFICATION**

I certify that a copy of this Order has been endorsed by all necessary parties.

/s/ Kathryne Mary Rose Shaw
Counsel for Debtor

## PARTIES TO RECEIVE COPIES

Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230

LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Brenda D. Lee
157 Bobcat Lane
Little Plymouth, VA 23091

Suzanne E. Wade
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218-1780